IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | Case No. 3:06cr00008 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| WILLIE E. WHITE, | : | |
| Defendant. | : | |

| WILLIE E. WHITE, | : | |
| --- | --- | --- |
| Petitioner, | : | Case No. 3:08cv00242 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

# DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #36), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto, that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and that a suggestion of Petitioner's death was recently entered in the record (Doc. #38), hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 3, 2009 (Doc. #36) is ADOPTED in full;

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 (Doc. #32) is DENIED; and

3. These cases are terminated on the docket of this Court.

November 24, 2009         *s/THOMAS M. ROSE*

                                                Thomas M. Rose
                                      United States District Judge